**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00196-CV

### ERNEST LANELL BRONSON, Appellant

### V.

### HSBC BANK USA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## ORDER

The reporter's record in this case is past due. By postcard dated February 15, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated April 9, 2019, we again notified Ms. Wright the reporter's record was overdue, and ordered her to file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record within thirty days. To date, Ms. Wright has failed to comply with the Court's order.

So that this appeal can proceed, we **ORDER** Janet Wright to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay

for the reporter's record.  *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Wright that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Wright comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE